No. 65619.—Ace Import Co., Inc., et al. *v.* United States, protests 60/29644, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.

No. 65620.—Manca, Inc. *v.* United States, protest 60/8783 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of cameras similar in all material respects to those the subject of Abstract 62990, the claim of the plaintiff was sustained.

No. 65621.—D. N. & E. Walter & Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 59/31545, 59/31608, and 60/2165 (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items marked "A" consist of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim at 25 percent under the provision in paragraph 409, as modified, *supra*, for bamboo articles was sustained.   The items marked "B," stipulated to be the same as the merchandise the subject of C.D. 2098, *supra*, except that they are made of chip, were held dutiable at 25 percent under the provision in paragraph 1537, as modified, *supra*, for manufactures of chip, not specially provided for, by similitude under paragraph 1559, as amended.